```
 1                IN THE UNITED STATES BANKRUPTCY COURT FOR
                       THE DISTRICT OF PUERTO RICO
 2

 3    IN RE:

 4                                        CASE NO. 04-05301 BKT

 5    CARLOS J RIVERA CASTRO

 6    MARIA I BAYAS AYALA                  Chapter 13

 7

 8    XXX-XX-6688

 9    XXX-XX-6796

10                                     FILED & ENTERED ON 06/04/2013

11               Debtor(s)

12                               ORDER

13        The petition for unclaimed funds filed by Doral Financial Corporation

14   (docket #109) is hereby denied as moot since the same request was previous sought

15   and granted (see docket entries 90, 95, and 96).

16        IT IS SO ORDERED.

17        San Juan, Puerto Rico, this 04 day of June, 2013.

18

19

20

21                                        Brian K. Tester

22                                        U.S. Bankruptcy Judge

23

24

25
     CC:   DEBTOR(S)
           ROBERTO  PEREZ OBREGON
           JOSE RAMON CARRION MORALES
```